## Intended Notice Recipients – Method of Notice

District/Off: 0861−1  User: rob  Date Created: 4/22/2008
Case: 1:06−ap−07111  Form ID: pdfwotrm  Total: 3

**CM/ECF Notice of Electronic Filing Recipients:** *(Refer to Notice of Electronic Filing[NEF] for notice transmission details.)*

| | | |
|---|---|---|
| pla | Renee S. Williams | reneewilliams@earthlink.net |
| aty | Marc Honey | courtneypeak@honeylawfirm.com |
| aty | Thomas S. Streetman | tstreetman@smmattorneys.com |

TOTAL: 3